UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Case No. 12-2074 MK |
| | ) |
| RICARDO MONROY-REYES | ) |

## O R D E R

A preliminary hearing was held in this action on Friday, August 10, 2012, and concluded on Tuesday, August 14, 2012. Based upon the evidence presented at the hearing, the Court finds that there is probable cause to believe that an offense in violation of the laws of the United States has been committed and that Defendant committed the offense.

It is so ORDERED.

E. CLIFTON KNOWLES
United States Magistrate Judge