IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | No. 12-MJ-2074 |
| | ) | |
| | ) | Magistrate Judge Knowles |
| RICARDO MONROY-REYES | ) | |

## ORDER

Upon the Motion of the United States (Docket No. 14), the Complaint in case number 12-MJ-2074 is dismissed without prejudice.

It is SO ORDERED.

This ____ day of October, 2012.

_____
JUDGE E. CLIFTON KNOWLES